**Bridget M. LONG, Plaintiff–Appellant,**

v.

**LIBERTYWOOD NURSING CENTER, William Schutz, Debbie Draughn, Defendants–Appellees.**

No. 15–1246.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 21, 2015.

Bridget M. Long, Appellant Pro Se. James Rupert Nance, Jr., Lewis, Deese, Nance & Briggs, LLP, Fayetteville, North Carolina, for Appellees.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bridget M. Long appeals the district court's order denying relief on her complaint under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e–17 (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Long's informal brief does not challenge the basis for the district court's disposition, Long has forfeited appellate review of the court's order. Accordingly, we affirm

the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*